IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 1:10-cr-00159-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOYCE W. CUTLIP, a.k.a. JOYCE W. MOORE,

    Defendant.

## ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIALS

**Blackburn, J.**

This matter is before the Court on the **Government's Motion to Disclose Matters Occurring Before Grand Jury** [#10] filed April 19, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion to Disclose Matters Occurring Before Grand Jury** [#10] filed April 19, 2010, is **GRANTED**;

2. That pursuant to Rule 6(e)(3)(E)(i), the government may disclose the following grand jury materials to defense counsel: (1) the transcripts of the testimony of the witness who testified before the grand jury and provided the evidence that resulted in the Indictment in this case, (2) any exhibits that were used during that testimony, and (3) any records that were received pursuant to grand jury subpoenas;

3. That to protect jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case, and Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery;

4. That Defense counsel shall also deliver a copy of this order with the grand jury materials;

5. That <u>No person other than defense counsel shall make any copy of these materials for any purpose whatsoever</u>;

6. That at the conclusion of the case in this Court, by entry of the Court's judgment, counsel within ten days shall collect all such copies and return them to the Government; and

7. That copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

Dated April 19, 2010, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge