# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00159-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOYCE W. CUTLIP,
        a/k/a Joyce W. Moore,

      Defendant.

---

## MINUTE ORDER[1]

---

The change of plea hearing previously set for July 9, 2010, is **VACATED** and **CONTINUED** to **July 16, 2010**, at 9:00 a.m.

      Dated:  July 9, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.